UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| Annaliet Rivero, | } | |
| | } | Cause No. 3-13-cv-669-H |
| Plaintiff, | } | |
| | } | |
| v. | } | **COMPLAINT** |
| | } | |
| Collecto, Inc. d/b/a EOS CCA | } | |
| 700 Longwater Drive | } | |
| Norwell, MA 02061 | } | |
| | } | |
| **SERVE**: | } | |
| C T CORPORATION SYSTEM | } | JURY TRIAL DEMANDED |
| 306 W. Main Street | } | |
| Frankfort, KY 40601 | } | |
| | } | |
| Defendant. | } | |

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes now the Plaintiff, Annaliet Rivero, by counsel, and for her Complaint against the Defendant, Collecto, Inc. d/b/a EOS CCA ("*Defendant*" or "*Collecto*"), states as follows:

## I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff against the Defendant for violation of Chapter 41, the Consumer Credit Protection Credit Act, of Title 15 (Commerce and Trade) of the United States Code, specifically, 15 U.S.C. § 1692 *et seq.*, (known as the "Fair Debt Collection Practices Act," hereafter the

"*FDCPA*"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices in the collection of consumer debt and in connection therewith.

## II. PARTIES

2. The Plaintiff, Annaliet Rivero ("*Plaintiff*" or "*Ms. Rivero*"), is an individual and a citizen of the Commonwealth of Kentucky, residing in Jefferson County. Plaintiff is a "*consumer*" as that term is defined in the FDCPA.

3. Defendant, Collecto, Inc. d/b/a EOS CCA ("*Defendant*" or "*Collecto*"), is a corporation organized and existing under the laws of the State of Massachusetts, having principal offices located at 700 Longwater Drive, Norwell, MA 02061. At all pertinent times herein, Defendant was engaged in the business of collecting consumer debt in the Commonwealth of Kentucky. Defendant is a "*debt collector*" as said term is defined in the FDCPA.

## III. JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d). Venue in this District is proper because the Defendant transacts business in this District, Plaintiff is a resident of this District and the conduct complained of occurred here.

## IV. FACTS

5. On or about May 2, 2013, by sending correspondence to Plaintiff, *inter alia*, Defendant sought to collect a debt purportedly owed by Plaintiff relating to a consumer "AT&T Mobility" account in the principal amount of $1,350.00, plus $243.01 as "fees/collection costs" (sic)(the "*debt*").

6.     The consumer debt Defendant sought to collect from Plaintiff was neither authorized by agreement nor permitted by law.

7.     Through its conduct as described herein, Defendant violated the law and Plaintiff's federal rights arising under the FDCPA, and thereby caused damage to the Plaintiff.

### COUNT I – FALSE, DECEPTIVE, OR MISLEADING REPRESENTATIONS

8.     Plaintiff reiterates and incorporates herein Paragraphs 1 to 7.

9.     Defendant's conduct, as alleged herein, constitutes violations of the FDCPA in that Defendant made false, deceptive, or misleading representations to Plaintiff regarding the debt, its character, amount, and legal status. Specifically, Defendant represented to Plaintiff that the debt was valid, past due and owing, and that it was entitled to costs and fees for collection of the debt in the amount of $243.01

10.    Defendant's unlawful actions as described above and as set forth above caused Plaintiff to sustain actual damages, in the form of mental and emotional distress, turmoil, disgrace, embarrassment, anxiety, humiliation, loss of commercial viability, loss of credit opportunities, and loss to credit rating, credit score, reputation, and perceived credit worthiness.

11.    With respect to the additional damages that may be awarded pursuant to 15 U.S.C. § 1692k(a)(2)(A), Defendant's noncompliance with the FDCPA is intentional, frequent, widespread and affects a large number of persons perhaps numbering into the thousands, including but not limited to Plaintiff.

## COUNT II – UNFAIR PRACTICES

12. Plaintiff reiterates and incorporates herein Paragraphs 1 to 7.

13. Defendant's conduct, as alleged herein, constitutes violations of the FDCPA in that Defendant used unfair or unconscionable means to collect or attempt to collect any debt, by, *inter alia*, seeking to collect unlawful and unauthorized fees and charges. 15 U.S.C. § 1692k(f).

14. Defendant's unlawful actions as described above and as set forth above caused Plaintiff to sustain actual damages, in the form of mental and emotional distress, turmoil, disgrace, embarrassment, anxiety, humiliation, loss of commercial viability, loss of credit opportunities, and loss to credit rating, credit score, reputation, and perceived credit worthiness.

WHEREFORE, Plaintiff, Annaliet Rivero, by counsel, demands relief against the Defendant, Collecto, Inc., as follows:

A. Entry of a Judgment against Defendant to compensate Plaintiff for her actual damages sustained as set forth in above Counts.

B. Entry of a Judgment under the about Counts for any and all maximum statutory damages provided under applicable federal or state statute.

C. Entry of a Judgment against Defendant for punitive damages on the above Counts wherein an award of such damages is proper and appropriate.

D. Interest on all of the aforementioned amounts at the maximum rate and for the maximum duration allowed by applicable law.

E. Trial by jury on all issues so triable.

F.	Entry of an order temporarily and permanently enjoining Defendant from future similar violations of the FDCPA and directing it to discharge, quit, satisfy and/or pay the debt and cause any adverse credit information referencing the debt to be deleted and removed from any consumer report concerning Plaintiff.

G.	An award of attorneys' fees and costs herein incurred.

H.	Any and all other relief to which she may be entitled, including the right to amend this Complaint to add additional claims or additional parties after conducting appropriate discovery.

Respectfully submitted,

/s/ Zachary L. Taylor
ZACHARY L. TAYLOR
MURPHY & POWELL PLC
455 S. 4th Street, Suite 1445
Louisville, Kentucky 40202
(502) 473-6464
zlt@louisvillefirm.com
*Counsel for Plaintiff*